

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00406-CV

———————————————

KYLE STOWE, Appellant

V.

PROGRESSIVE COMMERCIAL CASUALTY COMPANY, Appellee

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-307852-19

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 14, 2022